ANNA KIELY, Respondent, v. AUGUST YURGELEVICK and LENA YURGELEVICK, Appellants.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

FREDERICK W. I. LUNDY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment dismissing the complaint reversed upon the law and the facts, and a new trial granted, costs to abide the event. The proof established that at the commencement of the action plaintiff had a cause of action in equity for a continuing trespass, and although the trial court properly decided that injunctive relief should be denied it should have retained jurisdiction to adapt the relief to the exigencies of the case by awarding such damages as may have been legally established. (Hubbell v. Henrickson, 175 N. Y. 175, 180; Sadlier v. City of New York, 185 id. 408; Olsen v. U. S. Fidelity & Guaranty Co., 230 id. 31; Whaley v. City of New York, 83 App. Div. 6; Martin v. Baumann, 182 id. 896.) The present state of the proof did not warrant an award for future damages by reason of the effect of section 164-a of the Sanitary Code* and the state of the proof with respect to rental value. There was, however, evidence, the probative value of which should be assayed, upon which might be predicated an appropriate award with respect to past damages because the sanitary provisions in force in 1923 did not prevent such clams as were in uncertified waters from being removed therefrom and transplanted in certified waters and thus made available for lawful sale. Lazansky, P. J., Rich, Carswell and Scudder, JJ., concur; Kapper, J., dissents.

DAVID MILLER, Respondent, v. RICHARD LATHERS, JR., and Others, Defendants, and RICHARD O'GORMAN, Appellant.— Judgment affirmed, with costs. (Sitzler v. Lathers, 223 App. Div. 675.) Lazansky, P. J., Hagarty and Seeger, JJ., concur; Carswell and Scudder, JJ., dissent.

ANTHONY MONTALBANO, Appellant, v. UNITED STATES TRUCKING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Seeger and Carswell, JJ., concur; Scudder, J., dissents upon the ground that the court erred in excluding the testimony of the witness Tepper as to a conversation had with the driver of defendant's truck.

---

* See Code of Ordinances of City of New York, chap. 20, § 164-a.— [REP.

† Appeal dismissed, 251 N. Y. 547.